**VIA FEDEX**          April 4, 2013

Attn: Earl Griffith
Chief, Firearms Technology Branch
Bureau of Alcohol, Tobacco, Firearms and Explosives
244 Needy Road
Martinsburg, WV 25405

RE:   SIG SAUER, Inc. – Classification Request for Muzzle Brake

Dear Mr. Griffith:

SIG SAUER, Inc., a federally licensed manufacturer and importer under the Gun Control Act (FFL #s 6-02-015-10-1M-01128 and 6-02-015-11-1M-01129) ("SIG"), submits the enclosed sample firearm for evaluation. Specifically, we are requesting confirmation that in its current state the device affixed to the forward end of the barrel is a muzzle brake and is not a silencer, as defined in the Gun Control Act ("GCA") at 18 U.S.C. § 921(a)(24). For the reasons discussed below, we believe the enclosed muzzle brake is subject only to the GCA.

This sample is representative of how we intend to manufacture and transfer the firearms to our customers, with the muzzle brake shipped as an integral part of a firearm rifle barrel. The sample brake is 9.5" and is permanently attached by a single 360° circumferential homogenous TIG welded joint to a 6.5" barrel to bring the barrel length to 16". The muzzle end of the brake is threaded to provide the customer with the after-market option of attaching muzzle devices such as flash hider, muzzle brake, or silencer.

The muzzle brake is designed and intended to reduce the felt recoil of the firearm by directing the propellant gases perpendicular to the axis of the bore. It will not silence, muffle, or diminish the report of the firearm.

We believe the firearm as configured constitutes a Title 1 firearm with an integrated muzzle brake that does not require NFA registration, and seek your concurrence.

If FTB requires additional information regarding these samples, please contact me at my direct dial, 603-610-3102, or our outside counsel, Johanna Reeves of Reeves & Dola, LLP, at 202-715-9941.

Thank you for your kind assistance with this matter.

Sincerely,

Jeffrey Anderson
ATF Compliance Manager

Enclosures:   SIG MPX with permanently affixed muzzle brake

Cc:   Johanna Reeves, outside counsel (Reeves & Dola, LLP, Washington,

www.sigsauer.com

An ISO 9001 2008 Certified Company