# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | | |
|---|---|---|
| Sig Sauer, Inc. <br> *Plaintiff* <br> v. <br> B. Todd Jones, et al. <br> *Defendant* | ) ) ) ) ) ) | Case No. 1:14-cv-00147 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sig Sauer, Inc.

Date: 05/21/2014

/s/ Kenton J. Villano
*Attorney's signature*

Kenton J. Villano #21220
*Printed name and bar number*

McLane, Graf, Raulerson & Middleton
900 Elm Street, Manchester, NH 03105-0326

*Address*

kenton.villano@mclane.com
*E-mail address*

(603) 628-1180
*Telephone number*

(603) 625-5650
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:


Conventionally Served:


_____          _____
Date                                                            Signature