IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SIG SAUER, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:14-cv-00147-PB |
| ) | |
| B. TODD JONES, Director, Bureau of ) | |
| Alcohol, Tobacco, Firearms and Explosives, ) | |
| ) | |
| Defendant. ) | |

ASSENTED-TO
DEFENDANT'S MOTION TO EXTEND THE TIME
IN WHICH TO FILE THE ADMINISTRATIVE RECORD
TO, AND INCLUDING, NOVEMBER 3, 2014

Pursuant to Rule 7.2 of the Local Rules of the United States District Court for the District of New Hampshire, Defendant moves this Court to extend the time within which to file the administrative record in this case to, and including, November 3, 2014.  In support of this motion, Defendant states as follows:

1. On October 6, 2014, Plaintiff filed an Amended Complaint.  Defendant's response to the Amended Complaint as well as the administrative record is due October 20, 2014.

2. Defendant has prepared an answer to Plaintiff's Amended Complaint and is filing it concurrently with this motion.

3. Defendant requires an additional 14 days in which to prepare the administrative record underlying this claim.

4. Counsel for the plaintiff has no objection to the granting of this motion.

5. Due to the nature of this motion, no supporting memorandum of law is required.

Therefore, Defendant requests that this Court grant this motion and extend the deadline by which the defendant must file the administrative record to, and including, November 3, 2014.

                Respectfully submitted,

                JOHN P. KACAVAS
                United States Attorney

                    /s/ T. David Plourde
                By:_____
                T. David Plourde, NH Bar No. 2044
                Assistant U.S. Attorney
                Chief, Civil Division
                53 Pleasant Street, 4th Floor
                Concord, NH 03301
                603-225-1552
October 20, 2014            david.plourde@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on this 20th day of October, 2014, a copy of the above motion was served this date, via the ECF System on Mark C. Rouvalis, counsel for the plaintiff.

                    /s/ T. David Plourde
                _____
                T. David Plourde, AUSA