IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SIG SAUER, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:14-cv-00147-PB |
| ) | |
| B. TODD JONES, Director, Bureau of ) | |
| Alcohol, Tobacco, Firearms and Explosives, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF CONVENTIONAL FILING

Due to the size and varied electronic file types, the administrative record in the above case is filed conventionally, both in paper, where possible, and on DVD.

                                                Respectfully submitted,

                                                JOHN P. KACAVAS
                                                United States Attorney

                                                     /s/ T. David Plourde
                                                By:_____
                                                T. David Plourde
                                                Assistant U.S. Attorney
                                                Chief, Civil Division
                                                NH Bar No. 2044
                                                53 Pleasant Street, 4th Floor
                                                Concord, NH 03301
                                                603-225-1552
                                                david.plourde@usdoj.gov

Dated:  November 3, 2014

CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of November, 2014, a copy of the above notice was served this date, via the ECF System on Mark C. Rouvalis, Esq.; Kenton Villano, Esq.; and Stephen P. Halbrook, Esq., counsel for the plaintiff. A copy of the administrative record was hand-delivered to Mark C. Rouvalis, Esq.

      /s/ T. David Plourde
      _____
      T. David Plourde, AUSA