# ADMINISTRATIVE RECORD

| PP. | FOLDER | FILE NAME | ITEM | FILE TYPE | FROM |
|---|---|---|---|---|---|
| 1 – 10 | Classification Photos | **SIG Silencer Report Pics** | Photographs taken by ATF of Sig Sauer guns and muzzle devices submitted to ATF | PowerPoint (.ODP) | ATF |
| 11 – 14 | Classification Photos | **Supp Photos** | Photographs taken by ATF of Sig Sauer muzzle device, applicable pistol cartridges, result of test-firing, and Sig Sauer MPX machinegun and semi-automatic rifle prior to sound testing | PowerPoint (.ODP) | ATF |
| 15 | Industry Info | **AAC Prodigy PDF** | PDF of the Prodigy website displaying and describing the Prodigy Rimfire Silencer | PDF | ATF |
| N/A | Industry Info | **AAC Prodigy** | Web link to Prodigy's Rimfire Silencer product page. | MHTML Link | ATF |
| 16 – 18 | Industry Info | **Silencerco Manual PDF** | Silencerco's operating and cleaning manual | PDF | ATF |
| 19 | Industry Info | **Website Silencers – text** | Text from the Dakota Silencer Website discussing monolithic core baffles vs. stacked baffles | Word | ATF |
| N/A | Industry Info | **Website Silencers – Monolithic Core Baffles v. Stacked Baffles** | Web link to blog article discussing monolithic core baffles vs. stacked baffles | MHTML Link | ATF |
| 20 – 24 | Journals and Professional Literature | **AAC Phoenix Silencer .22 Rifles** | Magazine article from <u>Small Arms Review</u> detailing "AAC Phoenix Silenced .22 Rifles," by Al Paulson, *dated August 2002* | PDF | ATF |
| 25 – 36 | Journals and Professional Literature | **Firearm Sound Levels and Hearing Damage** | Article, originally published in <u>Small Arms Review</u>, detailing "Firearm Sound Levels and Hearing Damage," by Philip H. Dater MD, *dated 2002* | PDF | ATF |
| 37 – 46 | Journals and Professional Literature | **H&K Navy Silencers** | Magazine article from <u>Small Arms Review</u> detailing "H&K's Navy Silencers, Pt. 1; Testing & Evaluation," by Al Paulson, *dated January 1999* | PDF | ATF |
| 47 – 80 | Journals and Professional Literature | **Silencer History and Performance (Vol 1)(Excerpts)** | Excerpts from Volume 1 of <u>Silencer History and Performance; Sporting and Tactical Silencers</u>, by Alan C. Paulson | PDF | ATF |
| 81 – 127 | Journals and Professional Literature | **Silencer History and Performance (Vol 2)(Chap 5)** | Volume 2, Chapter 5 of <u>Silencer History and Performance, Volume II: CQB, Assault Rifle, and Sniper Technology</u>, by Alan C. Paulson, entitled "Suppressed Centerfire Carbines" | PDF | ATF |
| 128 – 168 | Journals and Professional Literature | **Silencer History and Performance (Vol 2)(Chap 7) part I** | Volume 2, Chapter 7, Part I of <u>Silencer History and Performance, Volume II: CQB, Assault Rifle, and Sniper Technology</u>, by Alan C. Paulson, entitled "The Evolution of Suppressed Sniper Rifle Technology" | PDF | ATF |
| 169 – 224 | Journals and Professional Literature | **Silencer History and Performance (Vol 2)(Chap 7) part II** | Volume 2, Chapter 7, Part II of <u>Silencer History and Performance, Volume II: CQB, Assault Rifle, and Sniper Technology</u>, by Alan C. Paulson, entitled "The Evolution of Suppressed Sniper Rifle Technology" | PDF | ATF |

| PP. | FOLDER | FILE NAME | ITEM | FILE TYPE | FROM |
|---|---|---|---|---|---|
| 225 – 229 | Journals and Professional Literature | **Silencer History and Performance (Vol 2)(Chap 1 excerpt)** | Excerpts from Volume 2, Chapter 1 of <u>Silencer History and Performance, Volume II: CQB, Assault Rifle, and Sniper Technology</u>, by Alan C. Paulson | PDF | ATF |
| 230 – 233 | Journals and Professional Literature | **Sound Suppressors 101** | Article entitled "Sound Suppressors 101" by Gil Horman, *dated April 18, 2012*, detailing the legality of owning and using sound suppressors | PDF | ATF |
| 234 – 253 | Journals and Professional Literature | **Tactical Use of Suppressed Weapons for LE** | Article entitled "Tactical Use of Suppressed Weapons for Law Enforcement" by Neil R. Parker, *dated July 2000* | PDF | ATF |
| 254 – 264 | Monolithic Baffle Patents | **Integral Patent** | Print out from Google Nederland Patents detailing "Forearm Silencer and Methods for Manufacturing and Fastening a Silencer Onto a Firearm," Patent US 20120279798 A1 | PDF | ATF |
| 265 – 276 | Monolithic Baffle Patents | **Monolithic Patents** | 11 United States Patents for firearm noise suppressors and silencers | PDF | ATF |
| 277 | Other Documents | **Comparison of Flash Suppressors Muzzle Brakes** | Excel worksheet comparing the caliber, length, and diameter of muzzle brakes from Bromnell's [sic] Catalog #64 | Excel Worksheet | ATF |
| 278 | Other Documents | **Comparison of Flash Suppressors Muzzle Brakes** | Excel worksheet comparing the caliber, length, and diameter of muzzle brakes from Bromnell's [sic] Catalog #64 | Excel Worksheet | ATF |
| 279 – 283 | Other Documents | **FTB Letter Monolithic Stack_Redacted** | Letter to redacted recipient from FTB regarding a silencing core casting | PDF | ATF |
| 284 – 291 | Other Documents | **Halbrook ref. 6-15 Silencers** | Excerpts from <u>Firearms Law Deskbook</u>, 2008-2009 Edition, by Stephen P. Halbrook, regarding the definition of "Silencers" | PDF | ATF |
| 292 | Other Documents | **SIG Lawsuit Magazine Article** | Article from <u>Short Shots</u> entitled "SIG 'Holds' on ATF Silencer Suit," *dated August 2014* | PDF | ATF |
| 293 – 310 | Other Documents | **Sig Presentation_MMK** | PowerPoint Presentation by ATF entitled "SIG Sauer Inc. Silencer Core," *presented on July 7, 2014* | PowerPoint | ATF |
| 311 – 325 | Testfire Documents | **1. 1928 Thompson** | Report of Technical Examination performed on 1928 Thompson | PDF | ATF |
| 326 – 340 | Testfire Documents | **2. Saiga** | Report of Technical Examination performed on Saiga 12 | PDF | ATF |
| 341 - 355 | Testfire Documents | **3. XM-15 Bushmaster** | Report of Technical Examination performed on XM-15 Bushmaster | PDF | ATF |
| 356 – 370 | Testfire Documents | **4. AR-10 Armalite** | Report of Technical Examination performed on AR-10 Armalite | PDF | ATF |
| 371 – 385 | Testfire Documents | **5. Romarm FPK** | Report of Technical Examination performed on Romarm FPK | PDF | ATF |
| 386 – 400 | Testfire Documents | **6. XM-15 Bushmaster** | Report of Technical Examination performed on XM-15 Bushmaster | PDF | ATF |
| 401 – 415 | Testfire Documents | **7. Hungarian AKM** | Report of Technical Examination performed on Hungarian AKM | PDF | ATF |

| PP. | FOLDER | FILE NAME | ITEM | FILE TYPE | FROM |
|---|---|---|---|---|---|
| 416 – 430 | Testfire Documents | **8. Polish Tantal** | Report of Technical Examination performed on Polish Tantal | PDF | ATF |
| 431 – 463 | Testfire Documents | **9. Colt SMG** | Report of Technical Examination performed on Colt SMG | PDF | ATF |
| 464 – 487 | Testfire Documents | **10. XM-15 Bushmaster** | Report of Technical Examination performed on XM-15 Bushmaster | PDF | ATF |
| 488 – 517 | Testfire Documents | **11. MPX MG** | Report of Technical Examination performed on MPX MG | PDF | ATF |
| 518 – 541 | Testfire Documents | **12. AR-10** | Report of Technical Examination performed on AR-10 | PDF | ATF |
| 542 – 545 | Testfire Documents | **Graphic presentations** | Chart depicting sound comparison testing and sound pressure level results from tested muzzle brakes, silencers, and silencer cores | PDF | ATF |
| 546 – 549 | Testfire Documents | **Handwritten list of tested items** | A handwritten list of certain firearms tested with and without muzzle brakes | PDF | ATF |
| 550 – 555 | Testfire Documents | **Muzzle Brake – Silencer Comparisons** | Excel worksheet of muzzle brake and silencer comparisons | Excel Worksheet | ATF |
| 556 – 558 | Testfire Documents | **Practice XM-15 Bushmaster** | Report of Technical Examination performed on Practice XM-15 Bushmaster | PDF | ATF |
| 559 – 560 | Testfire Documents | **SIG Test** | Summary Report of Technical Examination performed on "SIG" | PDF | ATF |
| 561 | Testfire Documents | **Silencer Comparison Test Results Spreadsheet** | Excel worksheet comparing SIG Silencer MPX with various other silencers | Excel Worksheet | ATF |
| 562 | Testfire Documents | **Silencer Test Explanation** | Excel worksheet example explaining what the various columns from the previous worksheet represent | Excel Worksheet | ATF |
| 563 – 570 | Testfire Photos | **Blend 1.ATF 563 – 570** | Photos of muzzle flash | PDF | ATF |
| 570 – 589 | Testfire Photos | **Muzzle Blast_001-019.ATF** | Photos of muzzle attachments | PDF | ATF |
| 590 – 613 | Testfire Photos | **Sig Test Guns Pics** | PowerPoint Presentation containing pictures of various Sig Sauer guns | PowerPoint | ATF |
| 614 – 618 | Testfire Videos | **Muzzle Fire – Shot 09-22** | Video clips of firing | Video Clip | ATF |
| 619 – 622 | Testfire Videos | **Muzzle Fire Test – Shot 09-22** | Video clips of firing | Video Clip | ATF |
| 623 – 640 | Youtube Clips | | 18 Different Youtube clips concerning Sig Sauer products | Video Clips | ATF |
| 641 | General Folder | **001 SIG Binder** | Cover sheet to the binder containing Sig Sauer's Appeal of the ATF Classification, including a picture of the muzzle brake at issue. | PDF | Sig Sauer |

| 642 – 666 | General Folder | **002 SIG Binder parts 1 and 2** | A compilation of correspondences from Sig Sauer's initial classification request, including: Sig Sauer's initial request for classification of the muzzle brake, ATF's classification response, an annotated (by ATF) copy of Sig Sauer's initial Request for Reconsideration, and ATF's response to the Request for Reconsideration. | PDF | ATF/Sig Sauer |
|---|---|---|---|---|---|
| 667 – 669 | General Folder | **003 SIG Binder part 3** | Photographs of the Sig Sauer muzzle device as submitted. | PDF | Sig Sauer |
| 670 – 713 | General Folder | **004 SIG Binder parts 4 5 6** | ATF draft response to Sig Sauer's Classification Appeal, various United States Patents for firearm suppressors (non-Sig Sauer), and news articles concerning suppressor designs. | PDF | ATF |
| 714 – 771 | General Folder | **005 SIG Binder part 7** | Various web postings regarding the Sig Sauer muzzle device. | PDF | ATF |
| 772 – 775 | General Folder | **Analysis Sig Recoil Test** | Undated analysis by Max M. Kingery of ATF concerning Sig Sauer's recoil reduction test report, conducted during the original classification appeal. | PDF | ATF |
| 776 – 789 | General Folder | **Evidence Exam of Silencers – SOP_Redacted** | FTB's Standard Operating Procedures Guidebook for conducting an Evidence Examination of Silencers. Partially redacted. | PDF | ATF |
| 790 – 809 | General Folder | **Letters.1** | ATF and Sig Sauer Letters from the initial Classification Request, including: Sig Sauer's Initial Classification Request *dated April 4. 2013*, FTB's Response *dated August 26, 2013*, Sig Sauer's Request for Reconsideration *December 6, 2013*, and FTB's Response to the Request for Reconsideration *February 21, 2014* | PDF | ATF/Sig Sauer |
| 810 – 829 | General Folder | **Letters.2** | ATF's Decision on Remand Letter, *received August 13, 2014*. | PDF | ATF |
| 830 – 834 | General Folder | **Letters.3A** | Photos of original Sig Sauer product submission for classification | PDF | ATF |
| 835 – 839 | General Folder | **Letters.3B** | Photos of Sig Sauer submission in question | PDF | ATF |
| 840 – 844 | General Folder | **Letters.3C** | Photos showing and comparing Sig Sauer submissions with other products | PDF | ATF |
| 845 – 849 | General Folder | **Letters.3D** | Photos of Sig Sauer muzzle devices | PDF | ATF |
| 850 – 857 | General Folder | **Letters.3E** | Photos of Sig Sauer muzzle devices and shipping documents | PDF | ATF |
| 858 – 881 | General Folder | **Letters.4** | Sig Sauer's response letter to ATF's Decision on Remand, including the Declarations of Ethan Lessard and Steven Shawver, *dated September 18, 2014* | PDF | Sig Sauer |
| 882 | General Folder | **Letters.4a Cut Away Barrel Ext. BH** | Video clip attachment to Declaration of Ethan Lessard, demonstrating elevated barrel pressure, that led to Sig Sauer choosing a 6.5 inch barrel. | Video Clip | Sig Sauer |
| 883 | General Folder | **Letters.4b MPX A2** | Video clip attachment to Declaration of Ethan Lessard, demonstrating MPX with A2 style muzzle brake at rest and at peak recoil | Video Clip | Sig Sauer |

| 884 | General Folder | **Letters.4c MPX C** | Video clip attachment to Declaration of Ethan Lessard demonstrating the MPX with SIG muzzle brake at rest and at peak recoil | Video Clip | Sig Sauer |
| 885 | General Folder | **Letters.5** | ATF's final classification decision, *dated October 2, 2014*. | PDF | ATF |
| 886 – 900 | General Folder | **Materials from Sig rec'd July 11** | Sig Sauer packaging slip from muzzle device submission, photographs of the submission, shipping label, and a copy of legal pleadings related to the case. | PDF | Sig Sauer |
| 901 – 909 | General Folder | **Memo from Sig July 8 legal brief_Redacted** | Memorandum by Stephen P. Halbrook detailing "A Muzzle Break, Which Reduces Recoil and Muzzle Rise, as a Matter of Law is not a 'Part Intended Only For Use In' Assembly or Fabrication of a Silencer" redacted | PDF | Sig Sauer |