IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SIG SAUER, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:14-cv-00147-PB |
| ) | |
| B. TODD JONES, Director, Bureau of ) | |
| Alcohol, Tobacco, Firearms and Explosives, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant B. Todd Jones, Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, moves this Court to enter summary judgment on his behalf.  Because the defendant's action in classifying Sig Sauer's submission as a monolithic baffle stack was not arbitrary and capricious, but was instead rational, reasonable, and in accordance with the law, this Court should grant summary judgment in Defendant's favor.

In support of this motion, Defendant refers this Court to the memorandum in support of its motion for summary judgment; the administrative record, DN 15, and the record of this litigation.

For these reasons, Defendant requests that this Court enter summary judgment on his behalf.

                                      Respectfully submitted,

                                      JOHN P. KACAVAS
                                      United States Attorney

                                      T. David Plourde
                                      Chief, Civil Division


                                      By: /s/ William J. Ryan
                                      William J. Ryan, ___ Bar No. ____
                                      Special Assistant U.S. Attorney
                                      District of New Hampshire
                                      Office of Chief Counsel
                                      Bureau of Alcohol, Tobacco, Firearms and Explosives
                                      244 Needy Road, Room 1119
                                      Martinsburg, WV 25405-9431
                                      304-260-1509
                                      William.J.Ryan2@usdoj.gov

January 9, 2015

## CERTIFICATE OF SERVICE

     I hereby certify that on this 9th day of January, 2015, a copy of the above Motion for Summary Judgment and supporting memorandum was served this date, via the ECF System on Mark C. Rouvalis, Esq.; Kenton Villano, Esq.; and Stephen P. Halbrook, Esq., counsel for the plaintiff.

                                      /s/ William J. Ryan

                                      William J. Ryan, SAUSA