**Civil Form 3, Extending Deadlines Established by Discovery Plan**      Added 12/1/13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SIG SAUER, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:14-cv-00147-PB |
| | ) |
| THOMAS E. BRANDON, Acting Director, | ) |
| Bureau of Alcohol, Tobacco, Firearms | ) |
| and Explosives, | ) |
| | ) |
| Defendant. | ) |

ATTACHMENT TO MOTION TO EXTEND DEADLINES ESTABLISHED
IN THE COURT'S DECEMBER 12, 2014 SCHEDULING ORDER

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| 1. Final Pretrial Submissions | May 4, 2015 | July 3, 2015 |
| 2. Final Pretrial Conference | May 22, 2015 | July 21, 2015 |
| 3. Trial | June 2, 2015* | August 3, 2015 |

---

\* Trial is scheduled for "the two week period" beginning June 2, 2015.

USDCNH-121 (12/13)