IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SIG SAUER, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:14-cv-00147-PB |
| ) | |
| THOMAS E. BRANDON, Acting Director, ) | |
| Bureau of Alcohol, Tobacco, Firearms ) | |
| and Explosives, ) | |
| ) | |
| Defendant. ) | |

ASSENTED-TO MOTION TO
RESCHEDULE HEARING DATE TO JULY 21, 2015

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of New Hampshire, Plaintiff, SIG SAUER Inc. ("Sig Sauer"), by and through its counsel, McLane, Graf, Raulerson & Middleton, Professional Association, and attorney Stephen P. Halbrook, with assent by Defendant B. Todd Jones, Director, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") respectively request that this Court reschedule the oral argument hearing from June 24, 2015 to July 21, 2015.   In support of this motion, the Sig Sauer state as follows:

1.   This action is brought pursuant to the Administrative Procedure Act, 56 U.S.C. § 701 et seq. and 18 U.S.C. § 921(a)(24).

2.   The Parties filed their respective motions for summary judgment on January 9, 2015.   Objections to these motions were filed February 9, 2015, and each Party's reply to the objections were filed on or around March 1, 2015.   The Plaintiff requested oral arguments on the motions.   A decision as to the dispositive motions remains pending.

3.   On June 16, 2015, the Court scheduled an oral argument hearing for June 24, 2015.

4. Certain representatives for Plaintiff will be out of the country on this date. Representatives for Defendant similarly have scheduling conflicts on June 24, 2015.

5. Counsel spoke with the Court concerning this scheduling matter. The Court indicated that it has July 21, 2015, at 10:00 AM, available to hear oral arguments in this matter. Counsel for Plaintiff and Defendant have all confirmed that they have this date available for argument.

6. Accordingly, Plaintiff requests that the Court reschedule the oral argument hearing date from June 24, 2015, to July 21, 2015.

7. Counsel for Defendant, Assistant United States Attorney David T. Plourde, has assented to this motion.

WHEREFORE the Plaintiff respectfully request that this Honorable Court:

a. Grant this Assented-to Motion;

b. Reschedule the oral argument hearing from June 24, 2015 to July 21, 2015 at 10:00 AM; and

c. Grant such further relief as may be just, equitable, and appropriate.

Respectfully submitted,

SIG SAUER Inc.

By its attorneys,

                                        McLANE, GRAF, RAULERSON & MIDDLETON, PROFESSIONAL ASSOCIATION

Date: June 22, 2015                             By:   /s/ Stephen P. Halbrook
                                                       Stephen P. Halbrook, *Pro hac vice*
                                                       Suite 403
                                                     3925 Chain Bridge Road
                                                     Fairfax, Virginia 22030
                                                     (703) 352-7276
                                                     protell@aol.com

                                                       /s/ Mark C. Rouvalis
                                                     Mark Rouvalis, NH Bar No. 6565
                                                     900 Elm Street, P.O. Box 326
                                                     Manchester, New Hampshire 03105
                                                     (603) 625-1329
                                                     mark.rouvalis@mclane.com

                                                       /s/ Kenton J. Villano
                                                     Kenton J. Villano, No. 21220
                                                     900 Elm Street, P.O. Box 326
                                                     Manchester, New Hampshire 03105
                                                     (603) 628-1180
                                                     kenton.villano@mclane.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed by the ECF system and served on all counsel of record electronically as a result thereof on the 22nd day of June, 2015.

                                                       /s/ Mark C. Rouvalis
                                                     Mark C. Rouvalis