UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SIG SAUER, INC. )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>THOMAS E. BANDON, Acting Director, )<br>Bureau of Alcohol, Tobacco, Firearms and )<br>Explosives, )<br>)<br>    Defendant. ) | No. 1:14-cv-00147-PB |

ASSENTED-TO MOTION TO STAY
PROCEEDINGS PENDING HEARING ON
MOTIONS FOR SUMMARY JUDGMENT

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of New Hampshire, Defendant moves this Court to stay all proceedings in this action pending the July 17, 2015 hearing on the parties' dispositive motions. In support of this motion, Defendant states as follows:

1. This action is brought pursuant to the Administrative Procedures Act, 56 U.S.C. § 701 et seq. and 18 U.S.C. § 921(a)(24), which reviews are typically resolved on motions and on the administrative record.

2. The parties filed their respective motions for summary judgment on January 9, 2015. DNs 18 and 19. Objections have been filed, DNs 22, 23, 24. The dispositive motions are pending decision.

3. A hearing has been scheduled on the cross motions for summary judgment on July 17, 2015.

4. Trial has been continued until August 3, 2015, with corresponding deadlines including pretrial materials on July 3, 2015 and a final pretrial conference on or about August 3, 2015.

5. For the parties to participate in trial preparation would be an undue burden and would cause undue expense inasmuch as it will likely be unnecessary once the Court rules on the pending dispositive motions.

6. Counsel for Plaintiff has been contacted and concurs in this motion.

Therefore, Defendant requests that the Court grant this motion and stay all proceedings in this matter pending the July 17, 2015 hearing on the dispositive motions.

Respectfully submitted,

DONALD FEITH
Acting United States Attorney

By: /s/ T. David Plourde
T. David Plourde
Assistant U.S. Attorney
Chief, Civil Division
NH Bar No. 2044
53 Pleasant Street, 4th Floor
Concord, NH 03301
603-225-1552

Dated: July 1, 2015
david.plourde@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on this 1st day of July, 2015, a copy of the above Motion for Stay was served via the ECF System on Kenton J. Villano, Esq., Mark C. Rouvalis, Esq.; and Stephen P. Halbrook, Esq., counsel for Plaintiff.

/s/ T. David Plourde
T. David Plourde, AUSA