UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Sig Sauer, Inc.

v.             Civil No. 14-cv-00147-PB

US Bureau of Alcohol, Tobacco, Firearms and Explosives, Director

# **J U D G M E N T**

In accordance with the Order by Judge Paul Barbadoro dated September 24, 2015, judgment is hereby entered.

By the Court,

_____
Daniel J. Lynch
Clerk of Court

Date: September 24, 2015

cc: Stephen P. Halbrook, Esq.
     Kenton James Villano, Esq.
     Mark C. Rouvalis, Esq.
     T. David Plourde, Esq.
     William Ryan, Esq.