## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SIG SAUER, INC. )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>THOMAS E. BRANDON, Acting Director, )<br>Bureau of Alcohol, Tobacco, Firearms )<br>and Explosives, )<br>)<br>    Defendant. ) | No. 1:14-cv-00147-PB |

## NOTICE OF APPEAL

Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, notice is hereby given that SIG SAUER, Inc., Plaintiff in the above named case, appeals to the United States Court of Appeals for the First Circuit from the Final Judgment entered in this action on the twenty fourth day of September, 2015.

                                                Respectfully submitted,

                                                SIG SAUER, INC.

                                                By its attorneys,

                                                McLANE, GRAF, RAULERSON & MIDDLETON,
                                                PROFESSIONAL ASSOCIATION

Date: October 15, 2015                        By:    /s/ Stephen P. Halbrook
                                                                     Stephen P. Halbrook, *Pro hac vice*
                                                                     Suite 403
                                                                       3925 Chain Bridge Road
                                                                       Fairfax, Virginia 22030
                                                                       (703) 352-7276
                                                                       protell@aol.com

- 2 -

        /s/ Mark C. Rouvalis
Mark Rouvalis, NH Bar No. 6565
900 Elm Street, P.O. Box 326
Manchester, New Hampshire 03105
(603) 625-1329
mark.rouvalis@mclane.com


        /s/ Kenton J. Villano
Kenton J. Villano, No. 21220
900 Elm Street, P.O. Box 326
Manchester, New Hampshire 03105
(603) 628-1180
kenton.villano@mclane.com

### Certificate of Service

I hereby certify that on this 15th day of October, 2015, I served the foregoing document electronically through ECF to the following counsel of record.

| | |
|---|---|
| T. David Plourde | William J. Ryan |
| Chief, Civil Division | Special Assistant U.S. Attorney |
| United States Attorney's Office | Office of Chief Counsel |
| District of New Hampshire | District of New Hampshire |
| Concord, NH 03301 | Bureau of Alcohol, Tobacco, Firearms and Explosives |
| (603) 230-2538 | 244 Needy Road, Room 1119 |
| david.plourde@usdoj.gov | Martinsburg, WV 25405 |
| | (304) 260-1509 |
| | William.j.ryan2@usdoj.gov |

        /s/ Kenton J. Villano
        Kenton J. Villano
        NH Bar No. 21220