UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1.     D.C.# Civil No. 14-cv-00147-PB                               C.C.A.#

2.     TITLE OF CASE:   Sig Sauer, Inc. v. United States Alcohol, Tobacco, Firearms and Explosives, Director

3.     NAME OF COUNSEL FOR APPELLANT(S):
       See certified copy of docket (ECF registered users not provided with a copy of docket)

4.     NAME OF COUNSEL FOR APPELLEE(S):
       See certified copy of docket (ECF registered users not provided with a copy of docket)

5.     NAME OF JUDGE: Paul Barbadoro, United States District Judge

6.     COURT REPORTER(S) & DATES:
       Sandra Bailey, July 17, 2015 - Motion Hearing

       TRANSCRIPTS ORDERED / ON FILE        YES

7.     HEARING / TRIAL EXHIBITS              N/A

8.     COURT-APPOINTED COUNSEL           NO

9.     FEE PAID                                          YES

10.    IN FORMA PAUPERIS                    NO

11.    MOTIONS PENDING                     NO

12.    GUIDELINES CASE                       NO

13.    RELATED CASES ON APPEAL          NO

       C.C.A. # (IF AVAILABLE):

       DATE OF LAST N OF A:

14.    SPECIAL COMMENTS: