UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Sig Sauer, Inc.

                              v.                        Civil No. 14-cv-00147-PB

<u>US Bureau of Alcohol, Tobacco, Firearms and Explosives,
Director</u>

CLERK'S CERTIFICATE TO
<u>CIRCUIT COURT OF APPEALS</u>

    I, Vincent Negron, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the abbreviated record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS NUMBERED:   32-36

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

                                      IN TESTIMONY WHEREOF, I hereunto
                                      set my hand and affix the seal of said Court,
                                      at Concord, in said District, on this day,
                                      October 16, 2015

                                      **FCP KGN'L0N[ PEJ , Clerk**

                                      **By: /s/ Vincent Negron, Deputy Clerk**
                                            **Oct 16, 2015**

cc:      Counsel of Record